IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES W. WILLIS JR.                                                PLAINTIFF

v.                              No. 4:25-cv-366-DPM

DAN KOVACH and
CAPERS RESTAURANT                                                 DEFENDANTS

ORDER

1.  Willis's application to proceed *in forma pauperis*, Doc. 1, is granted.  While he reports some savings, he also reports minimal income and a fair amount of medical debt.

2.  The Court must screen Willis's complaint. 28 U.S.C. § 1915(e)(2).  The Court's rules require a short and plain statement of facts that show a plausible violation of some particular law.  Fed. R. Civ. P. 8(a); 28 U.S.C. § 1915(e)(2)(B)(ii).  Willis claims he was fired in violation of Title VII because of his age.  *Doc. 2.*  He helpfully attached the EEOC right-to-sue letter but not his charge of discrimination.  Willis has not specified his former job or how old he is.  He has not described the events surrounding his firing, including who was involved, when it occurred, and why he believes he lost his job because of age.  To evaluate his case, the Court needs to know the particulars.

3.  Willis must file an amended complaint with more details. He must do so by 19 May 2025. If he does not, the Court will dismiss his case without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 April 2025