# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JAMES W. WILLIS, JR.                                    PLAINTIFF

v.                          No. 4:25-cv-366-DPM

DAN KOVACH;  CAPERS
RESTAURANT;  and CENTRAL
ARKANSAS MARKETHOUSE, INC.                 DEFENDANTS

## JUDGMENT

Willis's amended complaint is dismissed with prejudice. The Court retains jurisdiction until 27 April 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

23 February 2026